IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01461-PSF-BNB

SOME-R-HOME, LLC, a Colorado limited liability company,

Plaintiff,

v.

UNITED STATES FOREST SERVICE, a federal agency within the United States Department of Agriculture, and
OSCAR P. MARTINEZ, in his capacity as district ranger for the Yampa Ranger District of the Medicine Bow-Routt National Forest,

Defendants.
_____

## ORDER
_____

This matter is before me on the defendants' **Motion to Stay Discovery Pending Resolution of the Defendants' Motion to Dismiss** (the "Motion to Stay"), filed October 18, 2005. At the scheduling conference held this morning, I made rulings on the record concerning the Motion to Stay, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Stay is DENIED.

IT IS FURTHER ORDERED that the hearing on the Motion to Stay, set for November 14, 2005, at 3:30 p.m., is VACATED.

Dated October 27, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge