IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01461-PSF-BNB

SOME-R-HOME, LLC, a Colorado limited liability company,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE, a Federal Agency within the
United States Department of Agriculture; and
OSCAR P. MARTINEZ, in his capacity as District Ranger for the
Yampa Ranger District of the Medicine Bow--Routt National Forest,

    Defendants.

## ORDER SETTING HEARING

This matter is before the Court on Defendant's Motion to Dismiss (Dkt. # 14).

The Court will hold a hearing on said motion on **February 23, 2006 at 9:30 a.m.**

    DATED: February 8, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge