IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01461-PSF-BNB

SOME-R-HOME, LLC, a Colorado limited liability company,

 Plaintiff,

v.

UNITED STATES FOREST SERVICE, a Federal Agency within the
United States Department of Agriculture; and
OSCAR P. MARTINEZ, in his capacity as District Ranger for the
Yampa Ranger District of the Medicine Bow--Routt National Forest,

 Defendants.

_____

## ORDER RESETTING HEARING
_____

 This matter is before the Court *sua sponte*. The hearing on Defendant's Motion to Dismiss (Dkt. # 14), currently set for February 23, 2006 has been RESET to **Friday, February 24, 2006 at 1:00 p.m.**

 DATED: February 21, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Judge