IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01461-PSF-BNB

SOME-R-HOME, LLC, a Colorado limited liability company,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE, a Federal Agency within the
United States Department of Agriculture, and
OSCAR P. MARTINEZ, in his capacity as District Ranger for the
Yampa Ranger District of the Medicine Bow--Routt National Forest,

    Defendants.

## ORDER ON PENDING MOTIONS

There are presently pending before this Court Defendants' Motion to Dismiss Pursuant to Rule 12(b)(7) Due to Plaintiff's Failure to Join Necessary Parties (Dkt. # 49), filed March 27, 2006; plaintiff's Unopposed Motion for Enlargement of Time to Respond to Motion to Dismiss (Dkt. # 50), filed April 17, 2006; and plaintiff's Unopposed Motion to Amend the Complaint (Dkt. # 51), filed April 17, 2006, which seeks leave to file a Second Amended Complaint joining additional parties.

The Court GRANTS plaintiff's Unopposed Motion to Amend Complaint to Join Parties (Dkt. # 51), and the Second Amended Complaint, attached as Exhibit 1 to said motion, is deemed filed as of today's date.  In light of the granting of the motion to file the Second Amended Complaint, Defendant's Motion to Dismiss (Dkt. # 49) is DENIED as moot.  In light of the denial of the Defendants' Motion to Dismiss, plaintiff's

Unopposed Motion for Enlargement of Time to Respond to Motion to Dismiss (Dkt. # 50) is also DENIED as moot.

In addition, the parties on or about March 21, 2006 tendered a revised scheduling order (Dkt # 48) as the Court had directed at the scheduling conference held on March 15, 2006 (*see* Dkt. # 46).  The Court approves the scheduling order and it hereby becomes the Order of this Court.

IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in chambers</u>, in the proper format, will be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6A regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED: April 18, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge