IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01461-PSF-BNB

SOME-R-HOME, LLC, a Colorado limited liability company,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE, a Federal Agency within the
United States Department of Agriculture, and
OSCAR P. MARTINEZ, in his capacity as District Ranger for the
Yampa Ranger District of the Medicine Bow--Routt National Forest,

    Defendants.

---

**ORDER GRANTING MOTION TO VACATE AND
RESCHEDULE STATUS CONFERENCE/MOTIONS HEARING**

---

Plaintiff's Unopposed Motion to Vacate Status Conference/Motions Hearing (Dkt. # 59) is GRANTED.  It is hereby ORDERED that the status conference/motions hearing set for May 16, 2006 is RESCHEDULED to **June 7, 2006 at 8:30 a.m.**

IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in chambers</u>, in the appropriate format, will be <u>denied without prejudice</u>. The parties are DIRECTED to D.C.COLO.LCivR 5.6A regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED:  May 15, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge