IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01461-PSF-BNB

SOME-R-HOME, LLC, a Colorado limited liability company,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE, a Federal Agency within the
United States Department of Agriculture;
JAMES T. REDMOND;
WANDA G. REDMOND; and
FLAT TOP MEADOWS, INC.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR JOINDER AND REQUEST FOR FORTHWITH CONSIDERATION

This matter is before the Court on Defendants Redmonds' Unopposed Motion for Joinder and Request for Forthwith Consideration (Dkt. # 66). Having reviewed the file and being otherwise fully advised in the premises, the Court hereby GRANTS said motion, thereby joining Flat Top Meadows, Inc. as a defendant in this action. It is, therefore,

ORDERED that the answer and counterclaims of Defendants Redmonds and Flat Top Meadows, attached as Exhibit A to the motion (Dkt. # 66), are deemed filed as of the date of this Order.

THE COURT FURTHER ORDERS that the caption of this case shall be changed for all subsequent filings to reflect the addition of these defendants, as set forth above.

IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in chambers in the proper format</u> will be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED: June 21, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge