IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01461-PSF-BNB

SOME-R-HOME, LLC, a Colorado limited liability company,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE, a Federal Agency within the
United States Department of Agriculture;
JAMES T. REDMOND;
WANDA G. REDMOND; and
FLAT TOP MEADOWS, INC.,

    Defendants.

## ORDER RE: STIPULATED MOTION TO VACATE TRIAL DATES

This matter is before the Court on the parties' Stipulated Motion to Vacate Final Trial Preparation Conference and Trial (Dkt. # 77).  Upon review of the motion and the file, and being fully advised, the Court hereby

ORDERS that the final trial preparation conference set for September 1, 2006 at 4:00 p.m. and the four-day court trial set to commence September 18, 2006 are VACATED.

IT IS FURTHER ORDERED that based on the parties' representations set forth in the Stipulated Motion, settlement papers in this matter shall be filed **no later than September 18, 2006.**  If settlement papers are not filed as of that date, lead counsel for all parties shall appear in person before the undersigned for a status conference on **Tuesday, September 19, 2006, at 8:30 a.m.**  If the settlement papers are filed on or

before September 18, 2006, the status conference will be automatically vacated without further order of this Court.

DATED: September 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge