IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01461-PSF-BNB

SOME-R-HOME, LLC, a Colorado limited liability company,

    Plaintiff,

v.

UNITED STATES FOREST SERVICE, a Federal Agency within the
United States Department of Agriculture;
JAMES T. REDMOND;
WANDA G. REDMOND; and
FLAT TOP MEADOWS, INC.,

    Defendants.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed and considered the parties' Stipulated Motion for Dismissal With Prejudice (Dkt. # 80), and being otherwise fully advised of the premises, hereby GRANTS the motion and ORDERS that all claims, counterclaims and defenses in this action are DISMISSED WITH PREJUDICE, each party to bear his, her or its own attorneys' fees and costs.

DATED: September 18, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge